FILED
AUG 1 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THEODORE ROOSEVELT CONSERVATION PARTNERSHIP<br>555 Eleventh St. N.W., 6th Floor<br>Washington, DC 20004<br>(202) 654-4600,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DIRK KEMPTHORNE, in his official capacity as the Secretary of the United States Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240<br>(202) 208-3100,<br><br>　　and<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT<br>1849 C Street, Room 406-LS<br>Washington, DC 20240<br>(202) 452-5125,<br><br>　　　　　　Defendants. | Case: 1:07-cv-01486<br>Assigned To : Leon, Richard J.<br>Assign. Date : 8/17/2007<br>Description: Admn. Agency Review |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to LCvR 7.1 I, the undersigned, counsel of record for Plaintiff Theodore Roosevelt Conservation Partnership, certify that to the best of my knowledge and belief, Plaintiff has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record for Theodore Roosevelt Conservation Partnership.

_____
Steven M. Kupka
Washington, D.C. Bar No. 425232
Thomas R. Wilmoth
Nebraska Bar No. 22518
Donald G. Blankenau
Nebraska Bar No. 18528
BLACKWELL SANDERS LLP
206 South 13th Street, Suite 1400
Lincoln, NE 68508-2019
T: (402) 458-1500
F: (402) 458-1510
twilmoth@blackwellsanders.com
dblankenau@blackwellsanders.com

*Counsel for the Theodore Roosevelt Conservation Partnership*