# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THEODORE ROOSEVELT CONSERVATION PARTNERSHIP<br>555 Eleventh St. N.W., 6th Floor<br>Washington, DC 20004<br>(202) 654-4600,<br><br>               Plaintiff,<br><br>  v.<br><br>DIRK KEMPTHORNE, in his official capacity as the Secretary of the United States Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240<br>(202) 208-3100,<br><br>     and<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT<br>1849 C Street, Room 406-LS<br>Washington, DC 20240<br>(202) 452-5125,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the Court's August 21, 2007 Case Management Order was served via First Class, U.S. Mail, postage prepaid, upon the following:

Alberto R. Gonzales
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. N.W.
Washington, DC  20530-0001

Jeffrey A. Taylor
U.S. Attorney, District of Columbia
501 Third Street N.W., 4th Floor
Washington, DC  20530

LIN-3473-1

Dirk Kempthorne, Secretary
U.S. Department of the Interior
1849 C Street N.W.
Washington, DC  20240

Bureau of Land Management
Department of the Interior
1849 C Street, Room 406-LS
Washington, DC 20240

/s/ *Steven M. Kupka*
Steven M. Kupka
Washington, D.C. Bar No. 425232
Thomas R. Wilmoth
Nebraska Bar No. 22518
Donald G. Blankenau
Nebraska Bar No. 18528
BLACKWELL SANDERS LLP
206 South 13th Street, Suite 1400
Lincoln, NE  68508
T: (402) 458-1500
F: (402) 458-1510
skupka@blackwellsanders.com
twilmoth@blackwellsanders.com
dblankenau@blackwellsanders.com

*Counsel for the Theodore Roosevelt Conservation Partnership*

LIN-3473-1