IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THEODORE ROOSEVELT                           )
CONSERVATION PARTNERSHIP                      )
555 Eleventh St. N.W., 6th Floor              )
Washington, DC 20004,                         )
                                              )
            Plaintiff,                        )
                                              )
      v.                                      )    CASE NO. 1:07-cv-01486-RJL
                                              )
DIRK KEMPTHORNE, in his official              )
capacity as the Secretary of the United States )
Department of the Interior                    )
1849 C Street, N.W.                           )
Washington, DC 20240,                         )
                                              )
      and                                     )
                                              )
UNITED STATES BUREAU OF LAND                  )
MANAGEMENT                                    )
1849 C Street, N.W., Room 406-LS              )
Washington, DC 20240,                         )
                                              )
            Defendants.                       )
_____)
                                              )
ANADARKO PETROLEUM CORPORATION,               )
P.O. Box 1330                                 )
Houston, TX 77251-1330,                       )
                                              )
WARREN RESOURCES, INC.,                       )
489 Fifth Avenue, 32nd Floor                  )
New York, NY 10017,                           )
                                              )
DOUBLE EAGLE PETROLEUM CO.,                   )
777 Overland Trail, Suite 208                 )
P.O. Box 766                                  )
Casper, WY 82602-0766,                        )
                                              )
            Movants-Intervenors.              )
_____)

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF**
**THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Anadarko Petroleum Corporation, Warren Resources, Inc. and Double Eagle Petroleum Co. certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of each party which have any outstanding securities in the hands of the public:

Anadarko Petroleum Corporation

None.

Warren Resources, Inc.

None.

Double Eagle Petroleum Co.

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record for Anadarko Petroleum Corporation, Warren Resources, Inc. and Double Eagle Petroleum Co.


／s/ Michael B. Wigmore

Michael B. Wigmore (DC Bar # 436114)