UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| THEODORE ROOSEVELT CONSERVATION PARTNERSHIP, ) ) ) ) Plaintiffs, ) ) v. ) ) DIRK KEMPTHORNE, in his official ) capacity as the Secretary of the United States ) Department of the Interior, and UNITED STATES ) BUREAU OF LAND MANAGEMENT, ) ) Defendants. ) ) ANADARKO PETROLEUM CORPORATION, ) WARREN RESOURCES, INC., and DOUBLE ) EAGLE PETROLEUM CO., ) and ) STATE OF WYOMING, ) ) Defendant-Intervenors. ) Defendants. ) ) | Civil No. 1:07-cv-01486-RJL5 |

**FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME IN WHICH TO RESPOND TO INDUSTRY DEFENDANT- INTERVENORS' MOTION TO CONSOLIDATE**

Federal Defendants hereby move the Court for an extension of time in which to respond to Industry Defendant-Intervenors' motion to consolidate. Federal Defendant's response to the motion is currently due November 29, 2007. Counsel for Federal Defendants will be out of the country beginning November 16 - 24, 2007. The week of November 26, Federal Defendants' Counsel has a previous commitment to travel to Alaska for another case. Federal Defendants therefore request an extension to and until December 7, 2007, to file their opposition to the

pending motion to consolidate.  Counsel for Federal Defendants have conferred with Industry Defendant-Intervenors, and they do not oppose this motion.  No previous extensions have been requested in this matter.

For the foregoing reasons, Defendant respectfully requests that this unopposed motion for an extension of time be granted.

Respectfully submitted this 16th day of November, 2007.

>RONALD J. TENPAS
>Acting Assistant Attorney General
>
>    s/ Lori Caramanian
>LORI CARAMANIAN
>Environment & Natural Resources Division
>U.S. Department of Justice
>1961 Stout Street, 8th Floor
>Denver, Colorado   80294
>Telephone: (303) 844-1499
>Fax: (303) 844-1350
>lori.caramanian@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THEODORE ROOSEVELT CONSERVATION PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, in his official capacity as the Secretary of the United States Department of the Interior, and UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>      Defendants.<br><br>ANADARKO PETROLEUM CORPORATION, WARREN RESOURCES, INC., and DOUBLE EAGLE PETROLEUM CO.,<br>and<br>STATE OF WYOMING,<br><br>      Defendant-Intervenors.<br>Defendants. | Civil No. 1:07-cv-01486-RJL5 |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the Defendant United States deadline for filing a response to Industry Defendant-Intervenors' Motion to Consolidate is extended up to and including December 7, 2007.

Dated this _____ day of _____, 2007.

 

_____
United States District Court
District of Columbia