# United States District Court
# For the District of Columbia

Theodore Roosevelt Conservation Partnership,   )
        Plaintiff(s)   )   **APPEARANCE**
                  )
                  )
        vs.   )   CASE NUMBER   1:07-cv-01486-RJL
Dirk A. Kempthorne, in his official capacity, )
and the Bureau of Land Management,   )
        Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Donald G. Blankenau   as counsel in this
                            (Attorney's Name)

case for:   Theodore Roosevelt Conservation Partnership
                    (Name of party or parties)

November 16, 2007
Date

                                       Signature

                                       Donald G. Blankenau
ND0003                                  Print Name
BAR IDENTIFICATION

                                       206 S. 13th Street, Suite 1400
                                       Address

                                       Lincoln, NE  68508
                                       City       State       Zip Code

                                       402-458-1500
                                       Phone Number