# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THEODORE ROOSEVELT CONSERVATION PARTNERSHIP<br>555 Eleventh St. N.W., 6th Floor<br>Washington, DC 20004<br>(202) 654-4600,<br><br>    Plaintiff,<br><br> v.<br><br>DIRK KEMPTHORNE, in his official capacity as the Secretary of the United States Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240<br>(202) 208-3100,<br><br>    and<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT<br>1849 C Street, Room 406-LS<br>Washington, DC 20240<br>(202) 452-5125,<br><br>    Defendants.<br><br>ANADARKO PETROLEUM CORPORATION, WARREN RESOURCES, INC., DOUBLE EAGLE PETROLEUM CO.,<br><br>    and<br><br>STATE OF WYOMING<br><br>    Defendant-Intervenors | CASE NO. 1:07-cv-01486-RJL |

**PARTIES' CONFERENCE REPORT AND PROPOSED SCHEDULE**

Pursuant to this Court's Case Management Order (Dkt. No. 3), the Parties have conferred and report as follows:

1. The Parties agree this case is exempt from the requirements of Rule 26 and Local Rule 16.3 because review in this case is based on an administrative record. *See* Local Rule 16.3(b)(1). Because this matter is a proceeding under the Administrative Procedure Act, the Parties agree it should be resolved through cross-motions for summary judgment.

2. Plaintiff Theodore Roosevelt Conservation Partnership ("TRCP") and the Federal Defendants have reached agreement on the schedule proposed in paragraphs 3 through 5 below.

3. The Federal Defendants have agreed to produce and designate the administrative record in this case not later than January 4, 2008. The Federal Defendants intend to produce the record on compact disc or DVD due to its size. In the event a Party has concerns regarding the content or completeness of the administrative record, it shall raise those concerns to the Federal Defendants not later than January 22, 2008 and attempt to resolve those concerns in good faith. In the event those concerns cannot be adequately resolved, the concerned Party may seek relief from this Court by filing a proper motion not later than January 31, 2008. Responses shall be filed not later than February 14, 2008. Replies shall be filed not later than February 21, 2008.

4. In the event there is no unresolved dispute over the content of the administrative record, Plaintiff TRCP and the Federal Defendants propose the following schedule for such motions, responses and replies:

(a) Plaintiff's Motion for Summary Judgment to be filed not later than February 14, 2008;

(b) The Federal Defendants' and Intervenor-Defendants' Responses to Plaintiff's Motion for Summary Judgment and Federal Defendants' and Intervenor-

                Defendants' Cross-Motions for Summary Judgment to be filed not later than March 14, 2008;

(c)     Plaintiff's Response to the Federal Defendants' and Intervenor-Defendants' Cross-Motions for Summary Judgment and Reply in Support of Plaintiff's Motion for Summary Judgment to be filed not later than April 14, 2008;

(d)     The Federal Defendants' and Intervenor-Defendants' Replies in Support of Cross-Motions for Summary Judgment to be filed not later than April 29, 2008.

5.     In the event of an unresolved dispute concerning the content of the administrative record, then the following schedule shall apply:

(a)     Plaintiff's Motion for Summary Judgment to be filed not later than the 30th day following this Court's Order disposing of the administrative record dispute;

(b)     The Federal Defendants' and Intervenor-Defendants' Responses to Plaintiff's Motion for Summary Judgment and Federal Defendants' and Intervenor-Defendants' Cross-Motions for Summary Judgment to be filed not later than the 30th day following the filing under Paragraph 5(a);

(c)     Plaintiff's Response to the Federal Defendants' and Intervenor-Defendants' Cross-Motions for Summary Judgment and Reply in Support of Plaintiff's Motion for Summary Judgment to be filed not later than the 30th day following the filing of under Paragraph 5(b);

(d)     The Federal Defendants' and Intervenor-Defendants' Replies in Support of Cross-Motions for Summary Judgment to be filed not later than 15 days following the filing under Paragraph 5(c).

6. The Parties request that oral argument be held on the motions for summary judgment as the Court's calendar allows.

7. The Industry Intervenor-Defendants on November 15, 2007 filed a motion to consolidate this action with *Natural Resources Defense Council v. Kempthorne*, Case No. 1:07-cv-1709-RJL. (Dkt. No. 13). Plaintiff TRCP and the Federal Defendants oppose consolidation of this case with Case No. 1:07-cv-1709-RJL. Plaintiff Natural Resources Defense Council and Federal Defendant in Case No. 1:07-cv-1709-RJL also oppose consolidation. Intervenor-Defendant State of Wyoming does not oppose consolidation.

8. Plaintiff TRCP intends to file a response in opposition to the Industry Intervenor-Defendants' motion to consolidate within the time allowed by the Local Rules. The Industry Intervenor-Defendants have agreed to an extension for the filing of Federal Defendants' response in opposition through (and including) December 7, 2007.

9. The Industry Intervenor-Defendants oppose the briefing schedule set forth herein, and believe a schedule should be developed after the Court has ruled on the Industry Intervenor-Defendants' motion to consolidate. Intervenor-Defendant State of Wyoming believes a schedule should be developed after the Court has ruled on the Industry Intervenor-Defendants' motion to consolidate.

Respectfully submitted this 16th day of November 2007.

/s/ *Donald G. Blankenau*
Donald G. Blankenau
D.C. Bar No. ND0003
Thomas R. Wilmoth
Nebraska Bar No. 22518
BLACKWELL SANDERS LLP
206 South 13th Street, Suite 1400
Lincoln, NE  68508
T: (402) 458-1500
F: (402) 458-1510

twilmoth@blackwellsanders.com
dblankenau@blackwellsanders.com

*Counsel for the Theodore Roosevelt Conservation Partnership*

with the concurrence and consent of:

Michael B. Wigmore
D.C. Bar No. 436114
Bingham McCutchen LLP
2020 K Street NW
Washington, DC 20006
T: (202) 373-6000
F: (202) 373-6001
michael.wigmore@bingham.com

*Counsel for Anadarko Petroleum Corporation, Warren Resources, Inc. and Double Eagle Petroleum Co.*


Kristen A. Dolan
Senior Assistant Attorney General
Wyoming Attorney General's Office
123 Capitol Building
Cheyenne, WY  82002
T: (307) 777-6946
F: (307) 777-3542
kdolan@state.wy.us

*Counsel for the State of Wyoming*


Lori Caramanian
United States Department of Justice
Environment and Natural Resources Division
1961 Stout Street, 8th Floor
Denver, CO 80294
T: (303) 844-1499
F: (303) 844-1350
lori.caramanian@usdoj.gov

*Attorney for Federal Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 16, 2007, I caused to be electronically filed the foregoing PARTIES' CONFERENCE REPORT AND PROPOSED SCHEDULE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Lori Caramanian**
lori.caramanian@usdoj.gov; susan.middagh@usdoj.gov; efile_nrs.enrd@usdoj.gov
lori.montano@usdoj.gov

**Kristen A. Dolan**
kdolan@state.wy.us

**Steven Michael Kupka**
nholland@blackwellsanders.com

**Robert Charles Mathes**
rmathes@bjorklindley.com; lvanderveer@bjorklindley.com

**Michael B. Wigmore**
michael.wigmore@bingham.com


      /s/ *Donald G. Blankenau*
      Donald G. Blankenau
      D.C. Bar No. ND0003
      Thomas R. Wilmoth
      Nebraska Bar No. 22518
      BLACKWELL SANDERS LLP
      206 South 13th Street, Suite 1400
      Lincoln, NE 68508
      T: (402) 458-1500
      F: (402) 458-1510
      twilmoth@blackwellsanders.com
      dblankenau@blackwellsanders.com

      *Counsel for the Theodore Roosevelt*
          *Conservation Partnership*