A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

THEODORE ROOSEVELT  
CONSERVATION PARTNERSHIP, et. al., )  
        Plaintiff(s)         )   **APPEARANCE**  
                                       )  
                                       )  
            vs.                     )   CASE NUMBER   07-cv-1486RJL  
KEMPTHORNE, et. al.,            )  
                                       )  
        Defendant(s)        )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Teresa Nelson  as counsel in this
                                (Attorney's Name)

case for: State of Wyoming  
          (Name of party or parties)

| | |
|---|---|
| 12/17/07 | *Teresa R. Nelson* (signature) |
| Date | Signature |
| | Teresa Nelson |
| WY 6-4083 | Print Name |
| BAR IDENTIFICATION | 123 Capitol Avenue |
| | Address |
| | Cheyenne    WY    82002 |
| | City    State    Zip Code |
| | 307-777-6946 |
| | Phone Number |

CERTIFICATE OF SERVICE

I certify the a true and correct copy of the foregoing ENTRY OF APPEARANCE was served by placing the same in the United States mail, postage prepaid, this 3rd day of January, 2008 to the following:

Steven M. Kupka
Thomas R. Wilmoth
Donald G. Blamkenau
Blackwell Sanders, LLP
206 South 13th Street, Suite 1400
Lincoln, NE 68508-2019

Michael B. Wigmore
Bingham McCutchen LLP
2020 K Street, NW
Washington, DC 20006

Lori Caramanian
United States Department of Justice
Environmental & Natural Resource Division
1961 Stout Street, 8th Floor
Denver, CO 80294

*Connie Schupp*
Wyoming Attorney General's Office