IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| THEODORE ROOSEVELT CONSERVATION PARTNERSHIP )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>DIRK KEMPTHORNE )<br>*in his official capacity as the Secretary* )<br>*of the United States Department of Interior* )<br>)<br>and )<br>)<br>UNITED STATES BUREAU OF )<br>LAND MANAGEMENT, )<br>)<br>Defendants. ) | Case: 1:07-CV-01486-RJL<br>Assigned to: Judge Richard J. Leon<br>Assign. Date: 11/20/2007<br>Description: Review of Agency Action – Environment |

### MOTION FOR *PRO HAC VICE* ADMISSION OF THOMAS RICHARD WILMOTH

Steven M. Kupka, a member in good standing of the Bar of this Court, respectfully moves this Court for an order pursuant to Rule 83.2 (d) of the Rules of the United States District Court for the District of Columbia allowing Thomas Richard Wilmoth to appear *pro hac vice* as attorney for Theodore Roosevelt Conservation Partnership in this matter. In support of this motion, movant and the proposed admittee certify as follows:

1.  The proposed admittee's name is Thomas Richard Wilmoth.

2.  Thomas Richard Wilmoth is a licensed attorney practicing at the law firm of Blackwell Sanders, LLP, 206 South 13th Street, Suite 1400, Lincoln, Nebraska 68508, telephone number 402-458-1500.

3.  Thomas Richard Wilmoth has been admitted to and is a member in good standing in the following courts:

    a.  Arizona State and Nebraska State Supreme Courts.

4.  Thomas Richard Wilmoth has never been disbarred, suspended, or denied admission to practice in any jurisdiction.

5.      Thomas Richard Wilmoth does not regularly practice law in the District of Columbia. Mr. Wilmoth has not appeared *pro hac vice* before the United States District Court for the District of Columbia during the past two (2) years.

6.      A Certificate of Good Standing from the Supreme Court of Arizona for Thomas Richard Wilmoth is attached hereto as Exhibit A.

7.      A Certificate of Good Standing from the Supreme Court of Nebraska for Thomas Richard Wilmoth is attached hereto as Exhibit B.

8.      Thomas Richard Wilmoth's application for Admission to the Bar of the District of Columbia Court of Appeals is pending before the Board at this time. A copy of the letter of acknowledgement from the Bar is attached hereto as Exhibit C.

9.      Thomas Richard Wilmoth is familiar with the Rules of this Court. Further, proposed admittee's assistant is already registered with this Court for the purposes of ECF.

It is understood by Mr. Wilmoth that admission *pro hac vice* does not constitute formal admission to the Bar of this Court.

WHEREFORE, premises considered, movant respectfully requests that this Court enter an order allowing Thomas Richard Wilmoth to appear *pro hac vice* for the purpose of representing Theodore Roosevelt Conservation in this case.

Dated: January 8, 2007.

| Movant: | Proposed Admittee: |
|---|---|
| Steven M. Kupka | Thomas Richard Wilmoth |
| DC Bar No. 425232 | BLACKWELL SANDERS, LLP |
| BLACKWELL SANDERS, LLP | 206 South 13th Street, Suite 1400 |
| 750 17th Street, NW, Suite 1000 | Lincoln, NE 68505 |
| Washington, D.C. 20006 | Telephone: (402) 458-1500 |
| Telephone: (202) 378-2301 | Facsimile: (402) 458-1510 |
| Facsimile: (202) 378-2319 | twilmoth@blackwellsanders.com |
| skupka@blackwellsanders.com | |

2

## CERTIFICATE OF SERVICE

I do hereby certify that on the 8th day of January, 2008, I caused to be filed Motion For *Pro Hac Vice* Admission of Thomas Richard Wilmoth electronically through the CM/ECF system, which caused all parties/counsel in this matter to be served by electronic means, as more fully reflected the Notice of Electronic Filing.

_____
Steven M. Kupka
*Attorney for Theodore Roosevelt Conservation Partnership*

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| THEODORE ROOSEVELT CONSERVATION PARTNERSHIP ) ) ) | |
| Plaintiff, ) ) | Case: 1:07-CV-01486-RJL |
| ) | Assigned to: Judge Richard J. Leon |
| v. ) | Assign. Date: 11/20/2007 |
| ) | Description: Review of Agency Action – |
| ) | Environment |
| DIRK KEMPTHORNE *in his official capacity as the Secretary of the United States Department of Interior* ) ) ) ) ) ) ) | |
| UNITED STATES BUREAU OF LAND MANAGEMENT ) ) ) | |
| Defendants. ) | |

**ORDER GRANTING MOTION FOR**
**<u>*PRO HAC VICE* ADMISSION OF THOMAS RICHARD WILMOTH</u>**

Upon consideration of the Motion for *Pro Hac Vice* Admission of Thomas Richard Wilmoth, it is by the Court, this _____ day of _____, 2008, hereby

ORDERED that the Motion is GRANTED.

_____
The Honorable Richard J. Leon
UNITED STATES DISTRICT COURT JUDGE
Washington, D.C.

# EXHIBIT A

CERTIFICATE OF THE CLERK OF THE SUPREME COURT
OF THE
STATE OF ARIZONA

_____

*I, Rachelle M. Resnick, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the Disciplinary Clerk of the Supreme Court of Arizona*

**THOMAS RICHARD WILMOTH**

*was on the 19th of October, 1996, duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are pending against this attorney in the Arizona Supreme Court as of the date of this certificate; and that this name now appears on the Roll of Attorneys in this office as an active member of the Bar in good standing.*



*Given under my hand and the seal of said Court this 12th day of September 2007.*

RACHELLE M. RESNICK, Clerk

By /s/ Tisha Lavy
Tisha Lavy
Deputy Clerk III

# EXHIBIT B

# SUPREME COURT

# STATE OF NEBRASKA

# CERTIFICATE OF GOOD STANDING

I certify that I am Clerk of the Supreme Court of the State of Nebraska, the highest court of the State, and that on November 19, 2002, Thomas Richard Wilmoth was admitted to practice as an Attorney and Counselor at Law by the Supreme Court. I further certify that the attorney is now in good standing in the Courts of Nebraska, and there is not now pending in this court any disciplinary action. The attorney's private and professional character appears to be good.



IN TESTIMONY WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of this Court, in the City of Lincoln, on August 30, 2007.

Lanet S. Asmussen
Clerk

By _____
Deputy Clerk

# EXHIBIT C



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

11/30/2007

Thomas R. Wilmoth
Blackwell Sanders LLP
206 South 13th St. Ste. 1400
Lincoln, NE  68508

     RE: 84251

Dear Applicant:

    Your application for admission without examination to the Bar of the District of Columbia Court of Appeals has been accepted for processing and assigned the file number above (this is NOT your bar number).

    During the application process which may take up to six months or more, it is your obligation to inform the Committee by letter of any change in address, employment, or any other circumstance (e.g., bar admissions, disciplinary matters, civil and criminal litigation, credit problems, etc.). You should also include any relevant documentation.

    Your correspondence, bearing the assigned file number, should be mailed to me at this address.

                              Sincerely,

                              *Jacqueline M. Smith*

                              Jacqueline M. Smith
                              Director of Admissions