**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THEODORE ROOSEVELT  )  <br> CONSERVATION PARTNERSHIP  ) <br> 555 Eleventh St. N.W., 6th Floor  ) <br> Washington, DC 20004  ) <br> (202) 654-4600,  ) <br>  ) <br>      Plaintiff,  ) <br>  ) <br>   v.  ) <br>  ) <br> DIRK KEMPTHORNE, in his official  ) <br> capacity as the Secretary of the United  ) <br> States Department of the Interior  ) <br> 1849 C Street, N.W.  ) <br> Washington, DC 20240  ) <br> (202) 208-3100,  ) <br>  ) <br>   and  ) <br>  ) <br> UNITED STATES BUREAU OF LAND  ) <br> MANAGEMENT  ) <br> 1849 C Street, Room 406-LS  ) <br> Washington, DC 20240  ) <br> (202) 452-5125,  ) <br>  ) <br>   Defendants.  ) <br>  ) <br> ANADARKO PETROLEUM  ) <br> CORPORATION, WARREN  ) <br> RESOURCES, INC., DOUBLE EAGLE  ) <br> PETROLEUM CO.,  ) <br>  ) <br>   and  ) <br>  ) <br> STATE OF WYOMING  ) <br>  ) <br>   Defendant-Intervenors  ) | | CASE NO. 1:07-cv-01486-RJL |

**PARTIES' AMENDED CONFERENCE REPORT AND PROPOSED SCHEDULE**

Pursuant to this Court's Case Management Order (Dkt. No. 3) and subsequent to the Court's January 2, 2008 Minute Order, the Parties have again conferred and report as follows:

1. All Parties have now reached agreement on the schedule proposed in paragraphs 2 through 4 below.

2. Federal Defendants will lodge the certified administrative record with the Court on February 1, 2008. Federal Defendants anticipate that the record will be in excess of 10,000 pages, and therefore intend to produce the record in electronic format only, on compact disc or DVD. In the event a Party has concerns regarding the content or completeness of the administrative record, it shall raise those concerns to the Federal Defendants not later than February 19, 2008 and attempt to resolve those concerns in good faith. In the event those concerns cannot be adequately resolved, the concerned Party may seek relief from this Court by filing a proper motion not later than February 28, 2008. Responses shall be filed not later than March 13, 2008. Replies shall be filed not later than March 20, 2008.

3. In the event there is no unresolved dispute over the content of the administrative record, the Parties propose the following schedule for summary judgment motions, responses and replies:

    (a) Plaintiff's Motion for Summary Judgment to be filed not later than March 14, 2008;

    (b) The Federal Defendants' and Intervenor-Defendants' Responses to Plaintiff's Motion for Summary Judgment and Federal Defendants' and Intervenor-Defendants' Cross-Motions for Summary Judgment to be filed not later than April 14, 2008;

    (c)    Plaintiff's Response to the Federal Defendants' and Intervenor-Defendants' Cross-Motions for Summary Judgment and Reply in Support of Plaintiff's Motion for Summary Judgment to be filed not later than May 14 2008;

    (d)    The Federal Defendants' and Intervenor-Defendants' Replies in Support of Cross-Motions for Summary Judgment to be filed not later than May 29, 2008.

4.    In the event of an unresolved dispute concerning the content of the administrative record, then the following schedule shall apply:

    (a)    Plaintiff's Motion for Summary Judgment to be filed not later than the 30th day following this Court's Order disposing of the administrative record dispute;

    (b)    The Federal Defendants' and Intervenor-Defendants' Responses to Plaintiff's Motion for Summary Judgment and Federal Defendants' and Intervenor-Defendants' Cross-Motions for Summary Judgment to be filed not later than the 30th day following the filing under Paragraph 4(a);

    (c)    Plaintiff's Response to the Federal Defendants' and Intervenor-Defendants' Cross-Motions for Summary Judgment and Reply in Support of Plaintiff's Motion for Summary Judgment to be filed not later than the 30th day following the filing of under Paragraph 4(b);

    (d)    The Federal Defendants' and Intervenor-Defendants' Replies in Support of Cross-Motions for Summary Judgment to be filed not later than 15 days following the filing under Paragraph 4(c).

5.    The Parties request that the Court enter an Order adopting the foregoing schedule and holding oral argument on the motions for summary judgment as the Court's calendar allows.

Respectfully submitted this 8th day of January, 2008.

/s/ *Donald G. Blankenau*
Donald G. Blankenau
D.C. Bar No. ND0003
Thomas R. Wilmoth
Nebraska Bar No. 22518
BLACKWELL SANDERS LLP
206 South 13th Street, Suite 1400
Lincoln, NE 68508
T: (402) 458-1500
F: (402) 458-1510
twilmoth@blackwellsanders.com
dblankenau@blackwellsanders.com

*Counsel for the Theodore Roosevelt Conservation Partnership*

with the concurrence and consent of:

Michael B. Wigmore
D.C. Bar No. 436114
Bingham McCutchen LLP
2020 K Street NW
Washington, DC 20006
T: (202) 373-6000
F: (202) 373-6001
michael.wigmore@bingham.com

*Counsel for Anadarko Petroleum Corporation, Warren Resources, Inc. and Double Eagle Petroleum Co.*

Kristen A. Dolan
Senior Assistant Attorney General
Wyoming Attorney General's Office
123 Capitol Building
Cheyenne, WY 82002
T: (307) 777-6946
F: (307) 777-3542
kdolan@state.wy.us

*Counsel for the State of Wyoming*

4

        Lori Caramanian
        United States Department of Justice
        Environment and Natural Resources Division
        1961 Stout Street, 8th Floor
        Denver, CO 80294
        T: (303) 844-1499
        F: (303) 844-1350
        lori.caramanian@usdoj.gov

        *Attorney for Federal Defendants*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 8, 2008, I caused to be electronically filed the foregoing PARTIES' AMENDED CONFERENCE REPORT AND PROPOSED SCHEDULE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Donald G. Blankenau**
dblankenau@blackwellsanders.com; twilmoth@blackwellsanders.com; smarburger@blackwellsanders.com

**Lori Caramanian**
lori.caramanian@usdoj.gov; susan.middagh@usdoj.gov; efile_nrs.enrd@usdoj.gov
lori.montano@usdoj.gov

**Kristen A. Dolan**
kdolan@state.wy.us; cschep@state.wy.us

**Steven Michael Kupka**
nholland@blackwellsanders.com

**Robert Charles Mathes**
rmathes@bjorklindley.com; lvanderveer@bjorklindley.com

**Michael B. Wigmore**
michael.wigmore@bingham.com; s.franco@bingham.com

I further certify that on the same date, I caused to be mailed via U.S. Mail, First Class, a copy of the foregoing PARTIES' AMENDED CONFERENCE REPORT AND PROPOSED SCHEDULE to the following non-CM/ECF participant:

**Teresa Rachel Nelson**
Wyoming Attorney General's Office
123 Capitol Building
Cheyenne, WY  82002

/s/ *Donald G. Blankenau*
Donald G. Blankenau
D.C. Bar No. ND0003
Thomas R. Wilmoth
Nebraska Bar No. 22518
BLACKWELL SANDERS LLP
206 South 13th Street, Suite 1400
Lincoln, NE  68508
T: (402) 458-1500
F: (402) 458-1510
dblankenau@blackwellsanders.com
twilmoth@blackwellsanders.com

*Counsel for the Theodore Roosevelt Conservation Partnership*