AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

THEODORE ROOSEVELT
CONSERVATION PARTNERSHIP, et al., )
        Plaintiff(s)    )  **APPEARANCE**
    )
    )
        vs.    )  CASE NUMBER   07-cv-1486 RJL
KEMPTHORNE, et. al., )
    )
        Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Jay Jerde__ as counsel in this
               (Attorney's Name)

case for: __State of Wyoming__
       (Name of party or parties)

1/17/08
Date

/s/ Jay Jerde
Signature

Jay Jerde
Print Name

WY 6-2773
BAR IDENTIFICATION

123 Capitol Building
Address

Cheyenne   WY   82002
City   State   Zip Code

307-777-6946
Phone Number

CERTIFICATE OF SERVICE

I certify the a true and correct copy of the foregoing ENTRY OF APPEARANCE was served by placing the same in the United States mail, postage prepaid, this 17rd day of January, 2008 to the following:

Steven M. Kupka
Thomas R. Wilmoth
Donald G. Blamkenau
Blackwell Sanders, LLP
206 South 13th Street, Suite 1400
Lincoln, NE 68508-2019

Michael B. Wigmore
Bingham McCutchen LLP
2020 K Street, NW
Washington, DC 20006

Lori Caramanian
United States Department of Justice
Environmental & Natural Resource Division
1961 Stout Street, 8th Floor
Denver, CO 80294

_____
Connie Schepp
Wyoming Attorney General's Office