UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THEODORE ROOSEVELT CONSERVATION PARTNERSHIP,<br>555 Eleventh St. N.W., 6th Floor<br>Washington, D.C. 20004<br><br>        Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE, in his official Capacity as the Secretary of the United States Department of the Interior, et. al.,<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>        Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br><br><br><br>CASE NO. 07-cv-01486-RJL |
| ANADARKO PETROLEUM CORPORATION, WARREN RESOURCES, INC., DOUBLE EAGLE PETROLEUM CO.,<br>2020 K Street, NW<br>Washington, D.C. 20006<br><br>        Defendant-Intervenors. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| STATE OF WYOMING<br>123 Capitol Building<br>Cheyenne, WY 82002<br><br>        Defendant-Intervenor. | )<br>)<br>)<br>)<br>)<br>)<br>) | |

DEFENDANT-INTERVENOR'S MOTION TO APPEAR AT THE
JANUARY 31, 2008 STATUS CONFERENCE BY TELEPHONE

Defendant-Intervenor, by and through its undersigned counsel, hereby moves for permission for the undersigned to appear at the January 31, 2008 Status Conference telephonically. First, the two lead attorneys for this case are unavailable to attend for medical

reasons. Second, the challenged agency action is located in Carbon County, Wyoming. The Defendant-Intervenor is located in Cheyenne, Laramie County, Wyoming. To travel to Washington, D.C. to attend the status conference in person would be unduly costly and burdensome for the State of Wyoming. For good cause shown, Defendant-Intervenor requests that counsel for the State of Wyoming be permitted to appear at the Status Conference by telephone.

Pursuant to Local Rule 7(m), and this Court's standing order, counsel for Defendant-Intervenor conferred with counsel for Plaintiff, counsel for Federal Defendants and counsel for other Defendant-Intervenors, all of which do not oppose this Motion.

Respectfully submitted this 18th day of January, 2008.

*Teresa R. Nelson*
Jay Jerde
Deputy Attorney General

Kristen A. Dolan
Senior Assistant Attorney General

Teresa R. Nelson
Assistant Attorney General
Wyoming Attorney General's Office
123 Capitol Building
Cheyenne, WY 82002
(307) 777-6946
(307) 777-3542

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THEODORE ROOSEVELT CONSERVATION PARTNERSHIP,<br>555 Eleventh St. N.W., 6th Floor<br>Washington, D.C. 20004<br><br>          Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE, in his official Capacity as the Secretary of the United States Department of the Interior, et. al.,<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>          Defendant,<br><br>ANADARKO PETROLEUM CORPORATION, WARREN RESOURCES, INC., DOUBLE EAGLE PETROLEUM CO.,<br>2020 K Street, NW<br>Washington, D.C. 20006<br><br>          Defendant-Intervenors,<br><br>STATE OF WYOMING<br>123 Capitol Building<br>Cheyenne, WY 82002<br><br>          Defendant-Intervenor. | CASE NO. 07-cv-01486-RJL |

[PROPOSED] ORDER

For good cause shown, it is hereby ordered that Defendant-Intervenor, State of Wyoming, is permitted to appear telephonically at the January 31, 2008 Status Conference.

**SO ORDERED**

_____
Richard J. Leon
United States District Judge

CERTIFICATE OF SERVICE

    I hereby certify that on this 18th day of January, 2008, the foregoing DEFENDANT-INTERVENOR'S MOTION TO APPEAR AT THE JANUARY 31, 2008 STATUS CONFERENCE BY TELEPHONE was electronically filed through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing, and the foregoing was also served by placing the same in the United States mail, postage prepaid, to the following:

Steven M. Kupka
Thomas R. Wilmoth
Donald G. Blankenau
Blackwell Sanders LLP
206 South 13th Street, Suite 1400
Lincoln, NE 68508-2019
email: nholland@blackwellsanders.com
email: twilmoth@blackwellsanders.com
email: dblankenau@blackwellsanders.com
*Counsel for Plaintiff*

Michael B. Wigmore
Sandra P. Franco
Bingham McCutchen LLP
2020 K Street, NW
Washington, D.C. 20006-1806
email: michael.wigmore@bingham.com
email: s.franco@bingham.com
*Counsel for Defendant-Intervenors
Anadarko Petroleum Corporation,
Warren Resources, Inc.,
and Double Eagle Petroleum Co.*

Lori Caramanian
United States Department of Justice
Environment & Natural Resources Division
1961 Stout Street, 8th Floor
Denver, CO 80294
email: lori.caramanian@usdoj.gov
*Counsel for Federal Defendants*

Robert C. Mathes
Bjork Lindley Little PC
1600 Stout Street, Suite 1400
Denver, CO 80202
email: rmathes@bjorklindley.com
*Counsel for Defendant-Intervenor
Double Eagle Petroleum Co.*

_____
Connie Schopp
Wyoming Attorney General's Office