AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

THEODORE ROOSEVELT
CONSERVATION PARTNERSHIP      )
        Plaintiff(s)      )
                         )
                         )
        vs.           )
DIRK KEMPTHORN, et al.,            )
                         )
        Defendant(s)     )

**APPEARANCE**

CASE NUMBER   07-cv-1486 RJL

To the Clerk of this court and all parties of record:

Please enter the appearance of   John S. Burbridge   as counsel in this
                               (Attorney's Name)

case for:   State of Wyoming
             (Name of party or parties)

1/28/08
Date

WY 5-2856
BAR IDENTIFICATION

*(signature)*
Signature

John S. Burbridge
Print Name

123 Capitol Building
Address

Cheyenne    WY    82002
City    State    Zip Code

307-777-6946
Phone Number

CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of January, 2008, the foregoing ENTRY OF APPEARANCE was electronically filed through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing, to the following:

Steven M. Kupka
Thomas R. Wilmoth
Donald G. Blankenau
Blackwell Sanders LLP
206 South 13th Street, Suite 1400
Lincoln, NE 68508-2019
email: nholland@blackwellsanders.com
email: twilmoth@blackwellsanders.com
email: dblankenau@blackwellsanders.com
*Counsel for Plaintiff*

Michael B. Wigmore
Sandra P. Franco
Bingham McCutchen LLP
2020 K Street, NW
Washington, D.C. 20006-1806
email: michael.wigmore@bingham.com
email: s.franco@bingham.com
*Counsel for Defendant-Intervenors
Anadarko Petroleum Corporation,
Warren Resources, Inc.,
and Double Eagle Petroleum Co.*

Lori Caramanian
United States Department of Justice
Environment & Natural Resources Division
1961 Stout Street, 8th Floor
Denver, CO 80294
email: lori.caramanian@usdoj.gov
*Counsel for Federal Defendants*

Robert C. Mathes
Bjork Lindley Little PC
1600 Stout Street, Suite 1400
Denver, CO 80202
email: rmathes@bjorklindley.com
*Counsel for Defendant-Intervenor
Double Eagle Petroleum Co.*

_____
Connie Schupp
Wyoming Attorney General's Office