# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THEODORE ROOSEVELT CONSERVATION PARTNERSHIP<br>555 Eleventh St. N.W., 6th Floor<br>Washington, DC 20004<br>(202) 654-4600,<br><br>    Plaintiff,<br><br> v.<br><br>DIRK KEMPTHORNE, in his official capacity as the Secretary of the United States Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240<br>(202) 208-3100,<br><br>  and<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT<br>1849 C Street, Room 406-LS<br>Washington, DC 20240<br>(202) 452-5125,<br><br>  Defendants.<br><br>ANADARKO PETROLEUM CORPORATION, WARREN RESOURCES, INC., DOUBLE EAGLE PETROLEUM CO.,<br><br>  and<br><br>STATE OF WYOMING<br><br>  Defendant-Intervenors | CASE NO. 1:07-cv-01486-RJL |

## **NOTICE OF FILING PROPOSED SCHEDULING ORDER**

The Theodore Roosevelt Conservation Partnership, pursuant to the Court's invitation, gives notice that it has this day filed the attached Proposed Scheduling Order, which reflects the Parties' agreement concerning the progression of this case.

Respectfully submitted this 4th day of February, 2008.

/s/ *Donald G. Blankenau*
Donald G. Blankenau
D.C. Bar No. ND0003
Thomas R. Wilmoth
Nebraska Bar No. 22518
BLACKWELL SANDERS LLP
206 South 13th Street, Suite 1400
Lincoln, NE  68508
T: (402) 458-1500
F: (402) 458-1510
dblankenau@blackwellsanders.com
twilmoth@blackwellsanders.com

*Counsel for the Theodore Roosevelt Conservation Partnership*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2008, I caused to be electronically filed the foregoing NOTICE OF FILING PROPOSED SCHEDULING ORDER with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Donald G. Blankenau**
dblankenau@blackwellsanders.com; smarburger@blackwellsanders.com

**Lori Caramanian**
lori.caramanian@usdoj.gov; susan.middagh@usdoj.gov; efile_nrs.enrd@usdoj.gov
lori.montano@usdoj.gov

**Kristen A. Dolan**
kdolan@state.wy.us; cschep@state.wy.us

**Jay A. Jerde**
jjerde@state.wy.us

**Steven Michael Kupka**
nholland@blackwellsanders.com

**Robert Charles Mathes**
rmathes@bjorklindley.com; lvanderveer@bjorklindley.com

**Teresa Rachel Nelson**
tnelso@state.wy.us

**Michael B. Wigmore**
michael.wigmore@bingham.com; s.franco@bingham.com

**Thomas R. Wilmoth**
twilmoth@blackwellsanders.com; smarburger@blackwellsanders.com

I further certify that on the same date, I caused the foregoing NOTICE OF FILING PROPOSED SCHEDULING ORDER to be sent via First Class Mail, Postage Prepaid, to the following non-ECF participating party:

John Scudder Burbridge
Wyoming Attorney General's Office
123 Capitol Building
Cheyenne, WY  82002

/s/ *Donald G. Blankenau*
Donald G. Blankenau
D.C. Bar No. ND0003
Thomas R. Wilmoth
Nebraska Bar No. 22518
BLACKWELL SANDERS LLP
206 South 13th Street, Suite 1400
Lincoln, NE  68508
T: (402) 458-1500
F: (402) 458-1510
dblankenau@blackwellsanders.com
twilmoth@blackwellsanders.com

*Counsel for the Theodore Roosevelt
    Conservation Partnership*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THEODORE ROOSEVELT <br> CONSERVATION PARTNERSHIP <br> 555 Eleventh St. N.W., 6th Floor <br> Washington, DC 20004 <br> (202) 654-4600, <br><br>                 Plaintiff, <br><br> v. <br><br> DIRK KEMPTHORNE, in his official <br> capacity as the Secretary of the United <br> States Department of the Interior <br> 1849 C Street, N.W. <br> Washington, DC 20240 <br> (202) 208-3100, <br><br>     and <br><br> UNITED STATES BUREAU OF LAND <br> MANAGEMENT <br> 1849 C Street, Room 406-LS <br> Washington, DC 20240 <br> (202) 452-5125, <br><br>                 Defendants. <br><br> ANADARKO PETROLEUM <br> CORPORATION, WARREN <br> RESOURCES, INC., DOUBLE EAGLE <br> PETROLEUM CO., <br><br>     and <br><br> STATE OF WYOMING <br><br>                 Defendant-Intervenors | CASE NO. 1:07-cv-01486-RJL |

**SCHEDULING ORDER**

Upon consideration of the Parties' Proposed Scheduling Order (Doc. No. 23) and for good cause shown:

IT IS HEREBY ORDERED: The Parties' proposed schedule is hereby adopted.

IT IS FURTHER ORDERED: Federal Defendants shall lodge the certified administrative record with the Court on February 1, 2008. Federal Defendants may produce the record in electronic format.

IT IS FURTHER ORDERED: In the event a Party has concerns regarding the content or completeness of the administrative record, it shall raise those concerns to the Federal Defendants not later than February 19, 2008 and attempt to resolve those concerns in good faith. In the event those concerns cannot be adequately resolved, the concerned Party may seek relief from this Court by filing a proper motion not later than February 28, 2008. Responses shall be filed not later than March 13, 2008. Replies shall be filed not later than March 20, 2008.

IT IS FURTHER ORDERED: In the event there is no unresolved dispute over the content of the administrative record, the Court adopts the following schedule for summary judgment motions, responses and replies:

(a) Plaintiff's Motion for Summary Judgment to be filed not later than March 14, 2008;

(b) The Federal Defendants' and Intervenor-Defendants' Responses to Plaintiff's Motion for Summary Judgment and Federal Defendants' and Intervenor-Defendants' Cross-Motions for Summary Judgment to be filed not later than April 14, 2008;

(c) Plaintiff's Response to the Federal Defendants' and Intervenor-Defendants' Cross-Motions for Summary Judgment and Reply in Support of Plaintiff's Motion for Summary Judgment to be filed not later than May 14, 2008; and

(d) The Federal Defendants' and Intervenor-Defendants' Replies in Support of Cross-Motions for Summary Judgment to be filed not later than May 29, 2008.

IT IS FURTHER ORDERED: In the event of an unresolved dispute concerning the content of the administrative record, then the following schedule shall apply:

(a) Plaintiff's Motion for Summary Judgment to be filed not later than the 30th day following this Court's Order disposing of the administrative record dispute;

(b) The Federal Defendants' and Intervenor-Defendants' Responses to Plaintiff's Motion for Summary Judgment and Federal Defendants' and Intervenor-Defendants' Cross-Motions for Summary Judgment to be filed not later than the 30th day following the filing under immediately preceding Paragraph (a);

(c) Plaintiff's Response to the Federal Defendants' and Intervenor-Defendants' Cross-Motions for Summary Judgment and Reply in Support of Plaintiff's Motion for Summary Judgment to be filed not later than the 30th day following the filing of under immediately preceding Paragraph (b); and

(d) The Federal Defendants' and Intervenor-Defendants' Replies in Support of Cross-Motions for Summary Judgment to be filed not later than 15 days following the filing under immediately preceding Paragraph (c) .

///

///

///

4

      IT IS FURTHER ORDERED: Oral argument shall be held on the motions for summary judgment as the Court's calendar allows.


Dated this \_\_\_\_ day of _____, 2008

 

                                                                  _____
                                                                  Richard J. Leon
                                                                  District Court Judge