**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THEODORE ROOSEVELT CONSERVATION PARTNERSHIP 555 Eleventh St. N.W., 6th Floor Washington, DC 20004 (202) 654-4600, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | CASE NO. 1:07-cv-01486-RJL |
| v. | ) ) | |
| DIRK KEMPTHORNE, in his official capacity as the Secretary of the United States Department of the Interior 1849 C Street, N.W. Washington, DC 20240 (202) 208-3100, | ) ) ) ) ) ) ) | |
| and | ) ) | |
| UNITED STATES BUREAU OF LAND MANAGEMENT 1849 C Street, Room 406-LS Washington, DC 20240 (202) 452-5125, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| | ) ) | |
| ANADARKO PETROLEUM CORPORATION, WARREN RESOURCES, INC., DOUBLE EAGLE PETROLEUM CO., | ) ) ) ) ) | |
| and | ) ) | |
| STATE OF WYOMING | ) ) | |
| Defendant-Intervenors | ) | |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Plaintiff Theodore Roosevelt Conservation Partnership, Federal Defendants Dirk Kempthorne and the United States Bureau of Land Management, and Defendant-Intervenors Anadarko Petroleum Corporation, Warren Resources, Inc., Double Eagle Petroleum Co., and the State of Wyoming (collectively "Parties") hereby move this Court to enter the Amended Scheduling Order attached hereto as Exhibit "A".

The Parties have conferred pursuant to the original Scheduling Order (Docket No. 28), and have reached agreement concerning the content and completeness of the Administrative Record. Federal Defendants intend to include additional materials in the Administrative Record pursuant to that agreement. Federal Defendants require an additional thirty (30) days beyond February 28, 2008 to do so. The Parties agree that the dates reflected in the attached Amended Scheduling Order will accommodate this need and allow the Parties adequate time to prepare cross-summary judgment motions, responses and replies.

Plaintiff reserves its right to attempt to introduce extra-record materials, as necessary, under any and all applicable exceptions to the general rule that judicial review of an agency action be confined to the Administrative Record. *E.g., Esch v. Yeutter*, 876 F.2d 976 (D.C. Cir. 1989). Federal Defendants and Defendant-Intervenors reserve the right to object to the introduction of any such material.

Accordingly, the Parties hereby propose that the original Scheduling Order be amended and that the Court adopt the attached Amended Scheduling Order.

Respectfully submitted this 28th day of February, 2008.

/s/ *Thomas R. Wilmoth*
Thomas R. Wilmoth
Nebraska Bar No. 22518
Donald D. Blankenau
D.C. Bar No. ND0003

2

BLACKWELL SANDERS LLP
206 South 13th Street, Suite 1400
Lincoln, NE 68508
T: (402) 458-1500
F: (402) 458-1510
twilmoth@blackwellsanders.com
dblankenau@blackwellsanders.com

*Counsel for the Theodore Roosevelt Conservation Partnership*

With the concurrence and consent of:

Lori Caramanian
Environment & Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, Colorado 80294
T: (303) 844-1499
F: (303) 844-1350
lori.caramanian@usdoj.gov

*Attorney for Federal Defendants*

Michael B. Wigmore
D.C. Bar. No. 436114
Bingham McCutchen LLP
2020 K Street
Washington, DC 20006
T: (202) 373-6000
F: (202) 373-6001
michael.wigmore@bingham.com

*Counsel for Anadarko Petroleum Corporation,
Warren Resources, Inc. and Double Petroleum Co.*

Kristen A. Dolan
Senior Assistant Attorney General
Wyoming Attorney General's Office
123 Capitol Building
Cheyenne, WY 82002
T: (307 777-6946
F: (307) 777-3542
kdolan@state.wy.us

*Counsel for the State of Wyoming*

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2008, I caused to be electronically filed the foregoing JOINT MOTION TO AMEND SCHEDULING ORDER with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Donald G. Blankenau**
dblankenau@blackwellsanders.com; smarburger@blackwellsanders.com

**John Scudder Burbridge**
jburb1@state.wy.us

**Lori Caramanian**
lori.caramanian@usdoj.gov; susan.middagh@usdoj.gov; efile_nrs.enrd@usdoj.gov
lori.montano@usdoj.gov

**Kristen A. Dolan**
kdolan@state.wy.us; cschep@state.wy.us

**Jay A. Jerde**
jjerde@state.wy.us

**Steven Michael Kupka**
nholland@blackwellsanders.com

**Robert Charles Mathes**
rmathes@bjorklindley.com; lvanderveer@bjorklindley.com

**Teresa Rachel Nelson**
tnelso@state.wy.us

**Michael B. Wigmore**
michael.wigmore@bingham.com; s.franco@bingham.com

**Thomas R. Wilmoth**
twilmoth@blackwellsanders.com; smarburger@blackwellsanders.com

/s/ *Thomas R. Wilmoth*
Thomas R. Wilmoth
Nebraska Bar No. 22518
Donald D. Blankenau
D.C. Bar No. ND0003
BLACKWELL SANDERS LLP
206 South 13th Street, Suite 1400

4

Lincoln, NE  68508
T: (402) 458-1500
F: (402) 458-1510
twilmoth@blackwellsanders.com
dblankenau@blackwellsanders.com

*Counsel for the Theodore Roosevelt Conservation
    Partnership*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THEODORE ROOSEVELT<br>CONSERVATION PARTNERSHIP<br>555 Eleventh St. N.W., 6th Floor<br>Washington, DC 20004<br>(202) 654-4600, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | CASE NO. 1:07-cv-01486-RJL |
| v. | ) ) | |
| DIRK KEMPTHORNE, in his official<br>capacity as the Secretary of the United<br>States Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240<br>(202) 208-3100, | ) ) ) ) ) ) ) | |
| and | ) ) | |
| UNITED STATES BUREAU OF LAND<br>MANAGEMENT<br>1849 C Street, Room 406-LS<br>Washington, DC 20240<br>(202) 452-5125, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| ANADARKO PETROLEUM<br>CORPORATION, WARREN<br>RESOURCES, INC., DOUBLE EAGLE<br>PETROLEUM CO., | ) ) ) ) ) | |
| and | ) ) | |
| STATE OF WYOMING | ) ) | |
| Defendant-Intervenors | ) | |

**[PROPOSED] AMENDED SCHEDULING ORDER**

Upon consideration of the Parties' Joint Motion to Amend Scheduling Order (Docket No. 29) and for good cause shown:

IT IS HEREBY ORDERED:  The Parties' Joint Motion to Amend Scheduling Order is hereby granted.

IT IS FURTHER ORDERED:  The Federal Defendants shall lodge with the Court the additional materials to be included in the Administrative Record per the Parties' agreement. Federal Defendants shall do so not later than March 31, 2008.  Federal Defendants may produce the additional material in electronic format.

IT IS FURTHER ORDERED:  The following revised schedule for summary judgment motions, responses and replies shall apply in this matter:

(a)    Plaintiff's Motion for Summary Judgment to be filed not later than April 14, 2008;

(b)    The Federal Defendants' and Intervenor-Defendants' Responses to Plaintiff's Motion for Summary Judgment and Federal Defendants' and Intervenor-Defendants' Cross-Motions for Summary Judgment to be filed not later than May 14, 2008;

(c)    Plaintiff's Response to the Federal Defendants' and Intervenor-Defendants' Cross-Motions for Summary Judgment and Reply in Support of Plaintiff's Motion for Summary Judgment to be filed not later than June 13, 2008; and

(d)    The Federal Defendants' and Intervenor-Defendants' Replies in Support of Cross-Motions for Summary Judgment to be filed not later than July 1, 2008.

3

IT IS FURTHER ORDERED:   Oral argument on the motions shall be set by further

Order of the Court.


Dated this _____ day of _____, 2008



_____
Richard J. Leon
District Court Judge