UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THEODORE ROOSEVELT CONSERVATION PARTNERSHIP<br>555 Eleventh St. N.W., 6th Floor<br>Washington, DC 20004<br>(202) 654-4600,<br><br>             Plaintiff,<br><br>  v.<br><br>DIRK KEMPTHORNE, in his official capacity as the Secretary of the United States Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240<br>(202) 208-3100,<br><br>    and<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT<br>1849 C Street, Room 406-LS<br>Washington, DC 20240<br>(202) 452-5125,<br><br>             Defendants.<br><br>ANADARKO PETROLEUM CORPORATION, WARREN RESOURCES, INC., DOUBLE EAGLE PETROLEUM CO.,<br><br>    and<br><br>STATE OF WYOMING<br><br>             Defendant-Intervenors | FILED<br>MAR 4 - 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>CASE NO. 1:07-cv-01486-RJL |

**AMENDED SCHEDULING ORDER**

Upon consideration of the Parties' Joint Motion to Amend Scheduling Order (Docket No. 29) and for good cause shown:

IT IS HEREBY ORDERED: The Parties' Joint Motion to Amend Scheduling Order is hereby granted.

IT IS FURTHER ORDERED: The Federal Defendants shall lodge with the Court the additional materials to be included in the Administrative Record per the Parties' agreement. Federal Defendants shall do so not later than March 31, 2008. Federal Defendants may produce the additional material in electronic format.

IT IS FURTHER ORDERED: The following revised schedule for summary judgment motions, responses and replies shall apply in this matter:

(a) Plaintiff's Motion for Summary Judgment to be filed not later than April 14, 2008;

(b) The Federal Defendants' and Intervenor-Defendants' Responses to Plaintiff's Motion for Summary Judgment and Federal Defendants' and Intervenor-Defendants' Cross-Motions for Summary Judgment to be filed not later than May 14, 2008;

(c) Plaintiff's Response to the Federal Defendants' and Intervenor-Defendants' Cross-Motions for Summary Judgment and Reply in Support of Plaintiff's Motion for Summary Judgment to be filed not later than June 13, 2008; and

(d) The Federal Defendants' and Intervenor-Defendants' Replies in Support of Cross-Motions for Summary Judgment to be filed not later than July 1, 2008.

IT IS FURTHER ORDERED: Oral argument on the motions shall be set by further Order of the Court.

Dated this 3rd day of March, 2008

Richard J. Leon
District Court Judge