UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THEODORE ROOSEVELT CONSERVATION PARTNERSHIP, )<br><br>Plaintiffs, )<br><br>v. )<br><br>DIRK KEMPTHORNE, in his official capacity as the Secretary of the United States Department of the Interior, and UNITED STATES BUREAU OF LAND MANAGEMENT, )<br><br>Defendants. )<br><br>ANADARKO PETROLEUM CORPORATION, WARREN RESOURCES, INC., and DOUBLE EAGLE PETROLEUM CO., and STATE OF WYOMING, )<br><br>Defendant-Intervenors. )<br>Defendants. ) | Civil No. 1:07-cv-01486-RJL5 |

## FEDERAL DEFENDANTS' NOTICE OF CONVENTIONAL LODGING OF SUPPLEMENT TO THE ADMINISTRATIVE RECORD

Pursuant to LcvR 5.4(e)(1), Federal Defendants hereby give notice of the conventional filing of supplemental material to the administrative record for the above captioned case.

The parties agreed, as set forth in their January 1, 2008 Proposed Schedule, that "[i]n the event a Party has concerns regarding the content or completeness of the administrative record, it shall raise those concerns to the Federal Defendants not later than February 19, 2008 and attempt to resolve those concerns in good faith." Subsequently, on

1

February 28, 2008, the parties filed a Joint Motion to Amend Scheduling Order stating "[t]he Parties have conferred pursuant to the original Scheduling Order (Docket No. 28), and have reached agreement concerning the content and completeness of the Administrative Record. Federal Defendants intend to include additional materials in the Administrative Record pursuant to that agreement." The Court granted the motion to amend the schedule and ordered Federal Defendants to file the supplemental materials on or before March 31, 2008. Therefore, in accordance with the Court's March 3, 2008 Order the Federal Defendants lodge this supplement to the administrative record. The supplement consists of 3 DVD's, and an index (Attachment 1). DVD 2 is a replacement to one previously sent, bates range 010333-017333, as some copies were unreadable.   Copies of the supplement to the administrative record are being served on Plaintiffs' counsel and counsel for Intervenors on this date via Federal Express.

      RESPECTFULLY SUBMITTED this 28th day of March, 2008.

                RONALD J. TENPAS
                Assistant Attorney General

                   /s/ Lori Caramanian
                LORI CARAMANIAN
                Environment & Natural Resources Division
                U.S. Department of Justice
                1961 Stout Street, 8th Floor
                Denver, Colorado   80294
                Telephone: (303) 844-1499
                Fax: (303) 844-1350
                lori.caramanian@usdoj.gov

Administrative Record Index for Theodore Roosevelt Conservation Partnership v US Department of the Interior and Bureau of Land Management

07 CV 01486

| INDEX OF PUBLIC COMMENTS FOR THE ATLANTIC RIM DRAFT EIS (DVD - Volume 2) | | | | | |
|---|---|---|---|---|---|
| BATES NUMBER | DOCUMENT TYPE | From | To | Description or Title | Document Date |
| 10333-70056 | E-mail | Various | Project Lead | E-mail copies of the comments received in response to the release and request for comments on the Atlantic Rim Natural Gas Project Draft EIS. BLM received approximately 59,100 e-mail responses. The majority of the e-mail responses were similar in nature. Comments similar in nature as well as the unique e-mails are individually reproduced in the Final EIS, Appendix N. This file includes all e-mails received. | various |
| 70057-71333 | Letter | Various | Project Lead | Hard copy letters received in response to release and request for comments on the Atlantic Rim Natural Gas Project Draft EIS. Hard copy letters are also indexed and scanned in the Final EIS, Appendix N. | various |

1

**Administrative Record Index for Theodore Roosevelt Conservation Partnership v US Department of the Interior and Bureau of Land Management**

**07 CV 01486**

| BATES NUMBER | Document Type | From | To | Description or Title | Document Date |
|---|---|---|---|---|---|
| <td colspan="5">**Privileged Communications & Documents**</td> |
| <td colspan="5">**ATLANTIC RIM NATURAL GAS DEVELOPMENT PROJECT**</td> |
| NONE | Facsimile | Sylvia Murphy, Solicitor, Division of Land & Water Resources | Project Lead | Comments on the Atlantic Rim ROD - This document has been withheld due to attorney client privilege. Not included in this record but noted on this index. | 03-26-07 |

**Administrative Record Index for Theodore Roosevelt Conservation Partnership v US Department of the Interior and Bureau of Land Management**

**07 CV 01486**

| | SUPPLEMENTAL RECORD INFORMATION | | | | |
|---|---|---|---|---|---|
| | **NEPA DOCUMENTS PREPARED FOR ATLANTIC RIM EXPLORATORY PROJECTS** | | | | |
| | DOCUMENT TYPE | From | To | Description or Title | Document Date |
| 71334 | Environmental Assessment (EA) | Rawlins Field Office (RFO) | Employees & Public | ENVIRONMENTAL ASSESSMENT for the Atlantic Rim Coalbed Methane Project, Sun Dog Pod, Carbon County, Wyoming | 09-21-01 |
| 71474 | Decision Record & Finding of No Significant Impact (DR/FONSI) | RFO | Employees & Public | DECISION RECORD and FINDING OF NO SIGNIFICANT IMPACT for the Atlantic Rim Coalbed Methane Project, Sun Dog Pod, Carbon County, Wyoming. This document includes the Master Surface Use Plan (MSUP)and Master Drilling Plan (MDP). Water management is included in the MSUP. | 12-21-01 |
| 71547 | EA | RFO | Employees & Public | ENVIRONMENTAL ASSESSMENT for the Atlantic Rim Coalbed Methane Project, Cow Creek Pod, Carbon County, Wyoming. This document contains the project's MSUP, MDP & Water Management Plan (WMP). | 02-15-02 |
| 71748 | DR/FONSI | RFO | Employees & Public | DECISION RECORD and FINDING OF NO SIGNIFICANT IMPACT for the Atlantic Rim Coalbed Methane Project, Cow Creek Pod, Carbon County, Wyoming. | 06-26-02 |
| 71856 | EA | RFO | Employees & Public | ENVIRONMENTAL ASSESSMENT for the Atlantic Rim Coalbed Methane Project Blue Sky Pod, Carbon County, Wyoming. This document contains the project's MSUP, MDP, & WMP. | 01-24-02 |
| 72047 | DR/FONSI | RFO | Employees & Public | DECISION RECORD and FINDING OF NO SIGNIFICANT IMPACT for the Atlantic Rim Coalbed Methane Project, Blue Sky Pod, Carbon County, Wyoming. | 07-29-02 |

Administrative Record Index for Theodore Roosevelt Conservation Partnership v US Department of the Interior and Bureau of Land Management

07 CV 01486

| | | | | SUPPLEMENTAL RECORD INFORMATION | |
|---|---|---|---|---|---|
| 72151 | EA | RFO | Employees & Public | ENVIRONMENTAL ASSESSMENT for the Atlantic Rim Interim Drilling Project, Doty Mountain POD, Carbon County, Wyoming. This document contains the MSUP, MDP, & WMP. | 10-23-03 |
| 72364 | DR/FONSI | RFO | Employees & Public | DECISION RECORD AND FINDING OF NO SIGNIFICANT IMPACT, Warren Exploration and Producion, Inc., Double Eagle Petroleum Company, Anadarko Exploration and Production Company, Atlantic Rim Natural Gas Project, Doty Mountain Pod Envirnonmental Assessment No. WY-030-04-EA-027. | 02-06-04 |
| 72428 | EA | RFO | Employees & Public | ENVIRONMENTAL ASSESSMENT for the Atlantic Rim Interim Drilling Project, Red Rim POD, Carbon County, Wyoming. This document contains the MSUP, MDP, & WMP. | 12-23-03 |
| 72685 | DR/FONSI | RFO | Employees & Public | DECISION RECORD AND FINDING OF NO SIGNIFICANT IMPACT, Anadarko Exploration and Production Company, Atlantic Rim Natural Gas Project, Red Rim POD Environmental Assessment No. WY-030-04- | 04-30-04 |
| 72777 | EA | RFO | Employees & Public | ENVIRONMENTAL ASSESSMENT for the Atlantic Rim Coalbed Methane Project, Brown Cow POD, Carbon County, Wyoming. This document contains the project MSUP, MDP, & WMP. | 11-07-03 |
| 72969 | DR/FONSI | RFO | Employees & Public | DECISION RECORD AND FINDING OF NO SIGNIFICANT IMPACT, Merit Energy Company, Atlantic Rim Natural Gas Project, Brown Cow Pod EA, EA No. WY-030-04-EA-067. | 12-12-03 |
| 73014 | EA | RFO | Employees & Public | ENVIRONMENTAL ASSESSMENT for the Atlantic Rim Interim Drilling Project, Jolly Roger Pod, Carbon County, Wyoming. This document contains the MSUP & MDP. Water management is discussed in the MSUP. | 09-01-04 |

**Administrative Record Index for Theodore Roosevelt Conservation Partnership v US Department of the Interior and Bureau of Land Management**

**07 CV 01486**

| | | | | SUPPLEMENTAL RECORD INFORMATION | |
|---|---|---|---|---|---|
| 73159 | DR/FONSI | RFO | Employees & Public | DECISION RECORD AND FINDING OF NO SIGNIFICANT IMPACT, Anadarko E&P Company, Atlantic Rim Natural Gas Project, Jolly Roger Pod Environmental Assessment No. WY-030-04-EA-390. | 12-14-04 |
| 73241 | EA | RFO | Employees & Public | Environmental Assessment for the Atlantic Rim Coalbed Natural Gas Development Project, Brown Cow II POD, Carbon County, Wyoming. This document includes the MSUP, MDP, & WMP. | 07-28-06 |
| 73418 | DR/FONSI | RFO | Employees & Public | DECISION RECORD and FINDING OF NO SIGNIFICANT IMPACT for the Brown Cow II POD Coalbed Natural Gas Project, Carbon County, Wyoming | 09-20-06 |

| | | | | DOCUMENTS REQUESTED BY TRCP ON 02-18-08 FOR INCLUSION IN THE ADMINISTRATIVE RECORD | |
|---|---|---|---|---|---|
| **BATES NUMBER** | **DOCUMENT TYPE** | **From** | **To** | **Description or Title** | **Document Date** |
| 73453 | Cooperative Agreement | File | Various | Cooperative Agreement Among the BLM, USFWS, WGFD, BP Amoco, Marathon Oil, Santa Fe Snyder Oil, Union Pacific Resources, & Yates Petroleum, with regard to the Establishment of Review Team for the Continental Divide/Wamsutter II Natural Gas Project Wildlife Monitoring/Protection Plan. (FOIA document #2) | 9-29-00 |
| 73476 | E-mail | Clare Miller | WY RFO M&L ALL | Communication with Anadarko (FOIA Document #17) | 12-24-02 |

**Administrative Record Index for Theodore Roosevelt Conservation Partnership v US Department of the Interior and Bureau of Land Management**

**07 CV 01486**

| | | | | **SUPPLEMENTAL RECORD INFORMATION** | |
|---|---|---|---|---|---|
| 73478 | Letter | Thomas A. Marrazino, Snior Staff Landman, Anadarko E&P Company | Kurt Kotter, RFO Field Manager (FM) | Notification of need to add additional lands to interim drilling Pod #4. (FOIA Document #24) | 06-08-04 |
| 73480 | Letter | Brad Miller, Area Manager, Anadarko Petroleum Company | Mark Storzer, RFO FM | Thank you for taking time to meet with us. (FOIA Document #26) | 04-13-05 |
| 73482 | Letter | D. Steven Degenfelder, Vice President, Land, Double Eagle Petroleum & Mining | Mark Storzer, RFO FM | Regarding Environmental Impact Study, Atlantic Rim Natural Gas Development Project Area, Carbon County, Wyoming. (FOIA Document #35) | 02-23-06 |
| 73484 | Draft Memorandum of Understanding | File - RFO Unsigned Copy | BLM Wyoming State Office & State of Wyoming | Draft Memorandum of Understanding between the Wyoming State Planning Office by and through the Wyoming State Planning Coordinator and the United States Department of the Interior Bureau of Land Management by and through the Wyoming BLM State Director regarding the Development of the Environmental Impact Statement for the Atlantic Rim Gas Field Development Project. (FOIA Document #37) | 4-17-06 |
| 73489 | Facsimile | Wyoming Congressional Group | Lynn Scarlett, Director Clark, and Govenor Kempthorne | Transmittal of Letter from the Congress of the United States to Lynn Scarlett dated April 27, 2006 questioning status of the Atlantic Rim coalbed natural gas project. (FOIA Document #38) | 05-02-06 |
| | | | | | |

# Administrative Record Index for Theodore Roosevelt Conservation Partnership v US Department of the Interior and Bureau of Land Management

## 07 CV 01486 & 1709

| SUPPLEMENTAL RECORD INFORMATION |
|---|---|---|---|---|---|
| Technical Reports |
| BATES NUMBER | DOCUMENT TYPE | From | To | Description or Title | Document Date |
| 85491 | Report | United States Forest Service, National Park Service, and United States Fish and Wildlife Service | Employees & Public | Federal Land Managers - Air Quality Related Values Work Group (FLAG) Phase I Report | 12-2000 |
| 85712 | Assessment | Bureau of Land Management Rawlins Field Office | Employees & Public | Upper Colorado River Basin Rawlins Field Office Standard and Guidelines Assessment - 2001 Field Season | 09-2002 |
| 85923 | Technical Support Document | Prepared by Argonne National Laboratory for Bureau of Land Management Montana & Wyoming State Offices | Employees & Public | Air Quality Impact Assessment for the Montana Final Statewide Oil and Gas EIS and Proposed Amendment of the Powder River Basin and Billings Resource Management Plans and the Wyoming Final EIS and Planning Amendment for the Powder River Basin Oil and Gas Development Project | 12-2002 |