## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THEODORE ROOSEVELT <br> CONSERVATION PARTNERSHIP <br> 555 Eleventh St. N.W., 6th Floor <br> Washington, DC 20004 <br> (202) 654-4600, <br><br>      Plaintiff, <br><br> v. <br><br> DIRK KEMPTHORNE, in his official capacity as the Secretary of the United States Department of the Interior <br> 1849 C Street, N.W. <br> Washington, DC 20240 <br> (202) 208-3100, <br><br>    and <br><br> UNITED STATES BUREAU OF LAND MANAGEMENT <br> 1849 C Street, Room 406-LS <br> Washington, DC 20240 <br> (202) 452-5125, <br><br>    Defendants. <br><br> ANADARKO PETROLEUM CORPORATION, WARREN RESOURCES, INC., DOUBLE EAGLE PETROLEUM CO., <br><br>    and <br><br> STATE OF WYOMING <br><br>    Defendant-Intervenors | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 1:07-cv-01486-RJL |

**SECOND JOINT MOTION TO AMEND SCHEDULING ORDER**

Plaintiff Theodore Roosevelt Conservation Partnership, Federal Defendants Dirk Kempthorne and the United States Bureau of Land Management, and Defendant-Intervenors Anadarko Petroleum Corporation, Warren Resources, Inc., Double Eagle Petroleum Co., and the State of Wyoming (collectively "Parties") hereby move this Court to enter the Second Amended Scheduling Order attached hereto as Exhibit "A".

The Parties have conferred regarding TRCP's proposed First Amended and Supplemented Complaint.  No Party objects to TRCP's filing of the First Amended and Supplemented Complaint, however, its filing will require the Federal Defendants to include additional materials in the Administrative Record pursuant to agreement of the Parties.  Federal Defendants require until April 17, 2008 to do so.  The Parties agree that the dates reflected in the attached Second Amended Scheduling Order will accommodate this need and allow the Parties adequate time to prepare cross-summary judgment motions, responses and replies.

Accordingly, the Parties hereby request that the Court adopt the attached Second Amended Scheduling Order.

Respectfully submitted this 3rd day of April, 2008.

/s/ *Donald G. Blankenau*
Donald D. Blankenau
D.C. Bar No. ND0003
Thomas R. Wilmoth
Nebraska Bar No. 22518
HUSCH BLACKWELL SANDERS LLP
206 South 13th Street, Suite 1400
Lincoln, NE 68508
T: (402) 458-1500
F: (402) 458-1510
don.blankenau@huschblackwell.com
tom.wilmoth@huschblackwell.com

*Counsel for the Theodore Roosevelt Conservation Partnership*

With the concurrence and consent of:

Lori Caramanian
Environment & Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, Colorado 80294
T: (303) 844-1499
F: (303) 844-1350
lori.caramanian@usdoj.gov

*Attorney for Federal Defendants*

Michael B. Wigmore
D.C. Bar. No. 436114
Bingham McCutchen LLP
2020 K Street
Washington, DC 20006
T: (202) 373-6000
F: (202) 373-6001
michael.wigmore@bingham.com

*Counsel for Anadarko Petroleum
    Corporation, Warren Resources, Inc.
    and Double Petroleum Co.*

Kristen A. Dolan
Senior Assistant Attorney General
Wyoming Attorney General's Office
123 Capitol Building
Cheyenne, WY 82002
T: (307 777-6946
F: (307) 777-3542
kdolan@state.wy.us

*Counsel for the State of Wyoming*

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2008, I caused to be electronically filed the foregoing SECOND JOINT MOTION TO AMEND SCHEDULING ORDER with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Donald G. Blankenau**
don.blankenau@huschblackwell.com; sharon.marburger@huschblackwell.com

3

**John Scudder Burbridge**
jburb1@state.wy.us

**Lori Caramanian**
lori.caramanian@usdoj.gov; susan.middagh@usdoj.gov; efile_nrs.enrd@usdoj.gov; lori.montano@usdoj.gov

**Kristen A. Dolan**
kdolan@state.wy.us; cschep@state.wy.us

**Jay A. Jerde**
jjerde@state.wy.us

**Steven Michael Kupka**
nancilee.holland@huschblackwell.com

**Robert Charles Mathes**
rmathes@bjorklindley.com; lvanderveer@bjorklindley.com

**Teresa Rachel Nelson**
tnelso@state.wy.us

**Michael B. Wigmore**
michael.wigmore@bingham.com; s.franco@bingham.com

**Thomas R. Wilmoth**
tom.wilmoth@huschblackwell.com; sharon.marburger@huschblackwell.com

/s/ *Donald G. Blankenau*
Donald D. Blankenau
D.C. Bar No. ND0003
Thomas R. Wilmoth
Nebraska Bar No. 22518
HUSCH BLACKWELL SANDERS LLP
206 South 13th Street, Suite 1400
Lincoln, NE 68508
T: (402) 458-1500
F: (402) 458-1510
don.blankenau@huschblackwell.com
tom.wilmoth@huschblackwell.com

*Counsel for the Theodore Roosevelt Conservation Partnership*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THEODORE ROOSEVELT CONSERVATION PARTNERSHIP<br>555 Eleventh St. N.W., 6th Floor<br>Washington, DC 20004<br>(202) 654-4600, | )<br>)<br>)<br>)<br>)<br>) | |
| Plaintiff, | ) | CASE NO. 1:07-cv-01486-RJL |
| | ) | |
| v. | ) | |
| | ) | |
| DIRK KEMPTHORNE, in his official capacity as the Secretary of the United States Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240<br>(202) 208-3100, | )<br>)<br>)<br>)<br>)<br>) | |
| and | ) | |
| UNITED STATES BUREAU OF LAND MANAGEMENT<br>1849 C Street, Room 406-LS<br>Washington, DC 20240<br>(202) 452-5125, | )<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |
| ANADARKO PETROLEUM CORPORATION, WARREN RESOURCES, INC., DOUBLE EAGLE PETROLEUM CO., | )<br>)<br>)<br>) | |
| and | ) | |
| STATE OF WYOMING | ) | |
| Defendant-Intervenors | ) | |

**[PROPOSED] SECOND AMENDED SCHEDULING ORDER**

Upon consideration of the Parties' Second Joint Motion to Amend Scheduling Order (Docket No. 33) and for good cause shown:

IT IS HEREBY ORDERED: The Parties' Second Joint Motion to Amend Scheduling Order is hereby granted.

IT IS FURTHER ORDERED: The Federal Defendants shall lodge with the Court the additional materials to be included in the Administrative Record per the Parties' agreement. Federal Defendants shall do so not later than April 17, 2008. Federal Defendants may produce the additional material in electronic format.

IT IS FURTHER ORDERED: The following revised schedule for summary judgment motions, responses and replies shall apply in this matter:

(a) Plaintiff's Motion for Summary Judgment to be filed not later than May 7, 2008;

(b) The Federal Defendants' and Intervenor-Defendants' Responses to Plaintiff's Motion for Summary Judgment and Federal Defendants' and Intervenor-Defendants' Cross-Motions for Summary Judgment to be filed not later than June 10, 2008;

(c) Plaintiff's Response to the Federal Defendants' and Intervenor-Defendants' Cross-Motions for Summary Judgment and Reply in Support of Plaintiff's Motion for Summary Judgment to be filed not later than July 10, 2008; and

(d) The Federal Defendants' and Intervenor-Defendants' Replies in Support of Cross-Motions for Summary Judgment to be filed not later than July 31, 2008.

3

      IT IS FURTHER ORDERED:  Oral argument on the motions shall be set by further Order of the Court.


Dated this _____ day of _____, 2008


                                                                                          _____
                                                                                          The Honorable Richard J. Leon
                                                                                          U.S. District Court Judge