**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THEODORE ROOSEVELT <br> CONSERVATION PARTNERSHIP <br> 555 Eleventh St. N.W., 6th Floor <br> Washington, DC 20004 <br> (202) 654-4600, <br><br>     Plaintiff, <br><br>   v. <br><br> DIRK KEMPTHORNE, in his official capacity <br> as the Secretary of the United States <br> Department of the Interior <br> 1849 C Street, N.W. <br> Washington, DC 20240 <br> (202) 208-3100, <br><br>   and <br><br> UNITED STATES BUREAU OF LAND <br> MANAGEMENT <br> 1849 C Street, Room 406-LS <br> Washington, DC 20240 <br> (202) 452-5125, <br><br>     Defendants. <br><br> ANADARKO PETROLEUM <br> CORPORATION, WARREN RESOURCES, <br> INC., DOUBLE EAGLE PETROLEUM CO., <br><br>   and <br><br> STATE OF WYOMING, <br><br>     Defendant-Intervenors. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to LCvR 7.1 I, the undersigned, counsel of record for Plaintiff Theodore Roosevelt Conservation Partnership, certify that to the best of my knowledge and belief, Plaintiff

42

has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record for Theodore Roosevelt Conservation Partnership.

/s/ *Donald G. Blankenau*
Donald D. Blankenau
D.C. Bar No. ND0003
Thomas R. Wilmoth
Nebraska Bar No. 22518
HUSCH BLACKWELL SANDERS LLP
206 South 13th Street, Suite 1400
Lincoln, NE 68508
T: (402) 458-1500
F: (402) 458-1510
don.blankenau@huschblackwell.com
tom.wilmoth@huschblackwell.com

*Counsel for the Theodore Roosevelt Conservation Partnership*

43

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 3, 2008, I caused to be electronically filed the foregoing FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Donald G. Blankenau**
don.blankenau@huschblackwell.com; sharon.marburger@huschblackwell.com

**John Scudder Burbridge**
jburb1@state.wy.us

**Lori Caramanian**
lori.caramanian@usdoj.gov; susan.middagh@usdoj.gov; efile_nrs.enrd@usdoj.gov; lori.montano@usdoj.gov

**Kristen A. Dolan**
kdolan@state.wy.us; cschep@state.wy.us

**Jay A. Jerde**
jjerde@state.wy.us

**Steven Michael Kupka**
nancilee.holland@huschblackwell.com

**Robert Charles Mathes**
rmathes@bjorklindley.com; lvanderveer@bjorklindley.com

**Teresa Rachel Nelson**
tnelso@state.wy.us

**Michael B. Wigmore**
michael.wigmore@bingham.com; s.franco@bingham.com

**Thomas R. Wilmoth**
tom.wilmoth@huschblackwell.com; sharon.marburger@huschblackwell.com

/s/ *Donald G. Blankenau*
Donald D. Blankenau
D.C. Bar No. ND0003
Thomas R. Wilmoth
Nebraska Bar No. 22518
HUSCH BLACKWELL SANDERS LLP
206 South 13th Street, Suite 1400
Lincoln, NE  68508
T: (402) 458-1500
F: (402) 458-1510
don.blankenau@huschblackwell.com
tom.wilmoth@huschblackwell.com

*Counsel for the Theodore Roosevelt
    Conservation Partnership*