UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THEODORE ROOSEVELT CONSERVATION PARTNERSHIP,<br>        Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE, in his official Capacity as the Secretary of the United States Department of the Interior, and UNITED STATES BUREAU OF LAND MANAGEMENT<br><br>        Defendants,<br><br>STATE OF WYOMING, ANADARKO PETROLEUM CORPORATION, WARREN RESOURCES, INC., and DOUBLE EAGLE PETROLEUM CO.,<br><br>        Defendant-Intervenors. | CASE NO. 07-cv-01486-RJL |

### NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD

COMES NOW, Kristen A. Dolan, pursuant to Rule 83.6(b) of the Local Civil Rules of the United States District Court for the District of Columbia, and hereby files this Notice of Withdrawal as Counsel of Record in the above captioned matter for the State of Wyoming. Attorneys Jay Jerde, John S. Burbridge and Teresa R. Nelson with the Wyoming Attorney

General's Office have previously filed their Entries of Appearance and will continue to represent the Defendant-Intervenor, State of Wyoming, and there will be no disruption in the case.

DATED this 28th day of April, 2008.

/s/ Kristen A. Dolan
Kristen A. Dolan
Assistant Attorney General
Wyoming Attorney General's Office
123 Capitol Building
Cheyenne, WY  82002
(307) 777-6946
(307) 777-3542 facsimile
kdolan@state.wy.us

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of April, 2008, the foregoing NOTICE OF WITHDRAWAL OF COUNSEL was electronically filed through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing, and the foregoing was also served by placing the same in the United States mail, postage prepaid, to the following:

Lori Caramanian
U.S. Department of Justice
Environmental & Natural Resource Division
1961 Stout Street, 8th Floor
Denver, CO  80294
lori.caramanian@usdoj.gov

Michael B. Wigmore
Sandra P. Franco
Bingham McCutchen, LLP
2020 K Street, NW
Washington, D.C.  20006
michael.wigmore@bingham.com
s.franco@bingham.com

Robert Charles Mathes
Bjork Lindley Little, PC
1600 Stout Street, Suite 1400
Denver, CO  80202-3110
rmathes@bjorklindley.com

Steven M. Kupka
Thomas R. Wilmoth
Donald G. Blankenau
Blackwell Sanders, LLP
206 South 13th Street, Suite 1400
Lincoln, NE  68508-2019
nacilee.holland@huschblacckwell.com
tom.wilmoth@huschblackwell.com
don.blankenau@huschblackwell.com

/s/ Kristen A. Dolan
Wyoming Attorney General's Office