UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THEODORE ROOSEVELT CONSERVATION PARTNERSHIP, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil No. 1:07-cv-01486-RJL |
| DIRK KEMPTHORNE, in his official capacity as the Secretary of the United States Department of the Interior, and UNITED STATES BUREAU OF LAND MANAGEMENT, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| ANADARKO PETROLEUM CORPORATION, WARREN RESOURCES, INC., and DOUBLE EAGLE PETROLEUM CO., and STATE OF WYOMING, | ) ) ) ) ) ) | |
| Defendant-Intervenors. Defendants. | ) ) ) | |

**FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR MODIFICATION
OF THE BRIEFING SCHEDULE**

Federal Defendants hereby move the Court for a two-day modification to the briefing

schedule.  Currently, Federal Defendants and Defendant-Intervenors responses to Plaintiffs'

motion for summary judgment are due June 10, 2008.  After the schedule was set in this case, the

court in another case for which counsel for Federal Defendants is lead counsel, re-set a hearing

originally scheduled to be heard in May to June 6, 2008.  Federal Defendants are requesting a

short, 2-day extension of time so that they may adequately respond to Plaintiffs' motion.  In

order to maintain the same schedule, Federal Defendants also propose a two-day extension of time for Defendant-Intervenors to file their responses.  Pursuant to Local Rule 7(m), counsel for Federal Defendants has conferred with Plaintiffs and Defendant-Intervenors, and they do not oppose this motion.  This is Defendants' first such motion.

For the foregoing reasons, Federal Defendants respectfully requests that this unopposed motion for a short  extension of time be granted.

Respectfully submitted this 4th day of June, 2008.

RONALD J. TENPAS
Assistant Attorney General


    /s/ Lori Caramanian
LORI CARAMANIAN
Environment & Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, Colorado   80294
Telephone: (303) 844-1499
Fax: (303) 844-1350
lori.caramanian@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THEODORE ROOSEVELT CONSERVATION PARTNERSHIP, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No. 1:07-cv-01486-RJL |
| DIRK KEMPTHORNE, in his official capacity as the Secretary of the United States Department of the Interior, and UNITED STATES BUREAU OF LAND MANAGEMENT, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| ANADARKO PETROLEUM CORPORATION, WARREN RESOURCES, INC., and DOUBLE EAGLE PETROLEUM CO., and STATE OF WYOMING, | ) ) ) ) ) ) | |
| Defendant-Intervenors. Defendants. | ) ) ) | |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the Federal Defendants' motion for modification of the briefing schedule is granted. Federal Defendants and Defendant-Intervenors have until June 12, 2008 in which to file responses to Plaintiffs' motion for summary judgment. The other deadlines in the case shall remain unchanged.

Dated _____.

**SO ORDERED.**

_____
**RICHARD J. LEON**
**UNITED STATES DISTRICT JUDGE**