UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THEODORE ROOSEVELT CONSERVATION PARTNERSHIP, | ) ) ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) CASE NO. 07-cv-01486-RJL |
|  | ) |
| DIRK KEMPTHORNE, in his official Capacity as the Secretary of the United States Department of the Interior,  and UNITED STATES BUREAU OF LAND MANAGEMENT | ) ) ) ) |
|  | ) |
| Defendants, | ) |
|  | ) |
|  | ) |
| STATE OF WYOMING, ANADARKO PETROLEUM CORPORATION, WARREN RESOURCES, INC., and DOUBLE EAGLE PETROLEUM CO., | ) ) ) ) |
|  | ) |
| Defendant-Intervenors. | ) ) |

## NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD

COMES NOW, Teresa R. Nelson, pursuant to Rule 83.6(b) of the Local Civil Rules of

the United States District Court for the District of Columbia, and hereby files this Notice of

Withdrawal as Counsel of Record in the above captioned matter for the State of Wyoming.

Attorneys Jay Jerde, John S. Burbridge and David J. Willms with the Wyoming Attorney

General's Office have previously filed their Entries of Appearance and will continue to represent

the Defendant-Intervenor, State of Wyoming, and there will be no disruption in the case.

DATED this 24th day of June, 2008.

/s/ Teresa R. Nelson
Teresa R. Nelson
Assistant Attorney General
Wyoming Attorney General's Office
123 Capitol Building
Cheyenne, WY  82002
(307) 777-6946
(307) 777-3542 facsimile
tnelso@state.wy.us

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of June, 2008, the foregoing NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD was electronically filed through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Steven M. Kupka
Thomas R. Wilmoth
Donald G. Blankenau
Husch Blackwell Sanders LLP
206 South 13th Street, Suite 1400
Lincoln, NE 68508-2019
email: nancilee.holland@huschblackwell.com
email: tom.wilmoth@huschblackwell.com
email: don.blankenau@huschblackwell.com
*Counsel for Plaintiff*

Michael B. Wigmore
Sandra P. Franco
Bingham McCutchen LLP
2020 K Street, NW
Washington, D.C. 20006-1806
email: michael.wigmore@bingham.com
email: s.franco@bingham.com
*Counsel for Defendant-Intervenors Anadarko Petroleum Corporation, Warren Resources, Inc., and Double Eagle Petroleum Co.*

Lori Caramanian
United States Department of Justice
Environment & Natural Resources Division
1961 Stout Street, 8th Floor
Denver, CO 80294
email: lori.caramanian@usdoj.gov
*Counsel for Federal Defendants*

Robert C. Mathes
Bjork Lindley Little PC
1600 Stout Street, Suite 1400
Denver, CO 80202
email: rmathes@bjorklindley.com
*Counsel for Defendant-Intervenor Double Eagle Petroleum Co.*

    /s/  Teresa R. Nelson
Office of the Attorney General