UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THEODORE ROOSEVELT CONSERVATION PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, in his official capacity as the Secretary of the United States Department of the Interior, and UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>      Defendants.<br><br>ANADARKO PETROLEUM CORPORATION, WARREN RESOURCES, INC., and DOUBLE EAGLE PETROLEUM CO.,<br>and<br>STATE OF WYOMING,<br><br>      Defendant-Intervenors.<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 1:07-cv-01486-RJL |

## FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR MODIFICATION OF THE BRIEFING SCHEDULE

Federal Defendants hereby move the Court for a short extension of time in which to file their reply brief in support of cross motions for summary judgment. Pursuant to the Court's April 7, 2008, Second Amended Scheduling Order, Federal Defendants and Defendant-Intervenors' reply briefs are due July 31, 2008. Federal Defendants request a short two-day extension to the briefing schedule, up to and including August 4, 2008 to file their reply. Counsel for Federal Defendants seeks this extension because she had filing deadlines in two

1

cases last week, and needs the short extension in order to adequately address Plaintiff's response. No party will be prejudiced by this extension because it is the final reply and no hearing date has been set. Because their reply would be due July 31, Federal Defendants are also requesting expedited review of this motion. Pursuant to Local Rule 7(m) and this Court's standing order, counsel for Federal Defendants has conferred with Plaintiffs and Defendant-Intervenors, and they do not oppose this motion. The parties also agree that an extension of time for Defendant-Intervenors to file their summary judgment replies to August 4 is appropriate. The Court previously granted a short extension of time for filing of Defendants' summary judgment briefs.

For the foregoing reasons, Federal Defendants respectfully requests that this unopposed motion for a short extension of time be granted.

Respectfully submitted this 29th day of July, 2008.

RONALD J. TENPAS
Assistant Attorney General

   /s/ Lori Caramanian
LORI CARAMANIAN
Environment & Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, Colorado   80294
Telephone: (303) 844-1499
Fax: (303) 844-1350
lori.caramanian@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THEODORE ROOSEVELT CONSERVATION PARTNERSHIP, ) ) ) ) | |
| Plaintiffs, ) ) ) | |
| v. ) ) | Civil No. 1:07-cv-01486-RJL |
| DIRK KEMPTHORNE, in his official capacity as the Secretary of the United States Department of the Interior, and UNITED STATES BUREAU OF LAND MANAGEMENT, ) ) ) ) ) ) | |
| Defendants. ) ) | |
| ANADARKO PETROLEUM CORPORATION, WARREN RESOURCES, INC., and DOUBLE EAGLE PETROLEUM CO., and STATE OF WYOMING, ) ) ) ) ) ) | |
| Defendant-Intervenors. ) | |
| Defendants. ) | |

**[PROPOSED] ORDER**

  IT IS HEREBY ORDERED that the Federal Defendants' motion for modification of the briefing schedule is granted. Federal Defendants and Defendant-Intervenors have until August 4, 2008 in which to file reply briefs in support of cross motions for summary judgment.

Dated _____.

**SO ORDERED.**

_____
**RICHARD J. LEON**
**UNITED STATES DISTRICT JUDGE**