UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THEODORE ROOSEVELT CONSERVATION PARTNERSHIP,  )<br><br>Plaintiffs,  )<br><br>v.  )<br><br>DIRK KEMPTHORNE, in his official capacity as the Secretary of the United States Department of the Interior, and UNITED STATES BUREAU OF LAND MANAGEMENT,  )<br><br>Defendants.  )<br><br>ANADARKO PETROLEUM CORPORATION, WARREN RESOURCES, INC., and DOUBLE EAGLE PETROLEUM CO.,<br>and<br>STATE OF WYOMING,  )<br><br>Defendant-Intervenors.<br>Defendants.  ) | Civil No. 1:07-cv-01486-RJL |

### **FEDERAL DEFENDANTS' NOTICE OF PROPOSED ORDER**

On July 31, 2008 Federal Defendants filed with the court Federal Defendants' Second Motion to Strike. [Docket No. 65] The proposed order was inadvertently omitted as an attachment to the motion. It is attached here.

Respectfully submitted this 1st day of August, 2008.

                                              RONALD J. TENPAS
                                              Assistant Attorney General

                                                 /s/ Lori Caramanian
                                              LORI CARAMANIAN
                                              Environment & Natural Resources Division
                                              U.S. Department of Justice

       1961 Stout Street, 8th Floor
       Denver, Colorado   80294
       Telephone: (303) 844-1499
       Fax: (303) 844-1350
       lori.caramanian@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THEODORE ROOSEVELT CONSERVATION PARTNERSHIP, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil No. 1:07-cv-01486-RJL |
| DIRK KEMPTHORNE, in his official capacity as the Secretary of the United States Department of the Interior, and UNITED STATES BUREAU OF LAND MANAGEMENT, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| ANADARKO PETROLEUM CORPORATION, WARREN RESOURCES, INC., and DOUBLE EAGLE PETROLEUM CO., and STATE OF WYOMING, | ) ) ) ) ) ) | |
| Defendant-Intervenors. Defendants. | ) ) ) | |

**[PROPOSED] ORDER**

      IT IS HEREBY ORDERED that the Federal Defendants' second motion to strike extra record evidence is granted.  The court strikes Exhibit 1A attached to Plaintiffs' summary judgment reply brief, including an April 7, 2008 Freedom of Information Act request; BLM's May 13, 2008 response letter, and the attachments to that letter.   Further the court strikes those portions of Plaintiff's brief that reference these documents

Dated _____.

**SO ORDERED.**

                                                          _____
                                                          **RICHARD J. LEON**
                                                          **UNITED STATES DISTRICT JUDGE**